# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**M.D. MODZELEWSKI, R.Q. WARD, J.P. LISIECKI**
**Appellate Military Judges**

**UNITED STATES OF AMERICA**

v.

**MARCUS M. EALEY**
**CORPORAL (E-4), U.S. MARINE CORPS**

**NMCCA 201300415**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged:** 26 July 2013.
**Military Judge:** Col Howard Russell, USMCR.
**Convening Authority:** Commanding Officer, Marine Aircraft Group 11, 3d Marine Aircraft Wing, Marine Corps Air Station Miramar, San Diego, CA.
**Staff Judge Advocate's Recommendation:** LtCol K.C. Harris, USMC.
**For Appellant:** Maj Emmett Collazo, USMCR.
**For Appellee:** Mr. Brian Keller, Esq.

**31 January 2014**

---------------------------------------------------------
## OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court